UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JANNA AKERS and KIMBERLY MUNCY | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:12-CV-335 |
| | ) | |
| EXPRESS SERVICES, INC. OF COLORADO, | ) | |
| *et al.*, | ) | |
| Defendants. | ) | |

## JUDGMENT

This action came before the Honorable J. Ronnie Greer, District Judge, presiding, and the issues having been duly addressed and a decision having been duly rendered,

It is **ORDERED AND ADJUDGED** that the action of the plaintiffs against the defendants be **DISMISSED WITH PREJUDICE**.

s/*Debra C. Poplin*
CLERK OF COURT